# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANTOINETTE JOHNSTON

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C06-5580RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court adopts the Report and Recommendation; and

The administrative decision is AFFIRMED.

   May 7, 2007
Date

   BRUCE RIFKIN
Clerk

   *s/Caroline M. Gonzalez*
Deputy Clerk